# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158153(49)


GAIL GIRERD, Personal Representative of the
ESTATE OF CHRISTOPHE GIRERD,
      Plaintiff-Appellee,

v

SANA ENERGY & MANAGEMENT, INC. and
MY05, LLC,
      Defendants-Appellants.

_____/

SC: 158153
COA: 336818
Wayne CC: 15-013440-NO

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing an answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filing if submitted on or before September 28, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2018



Clerk